1424

## RECONSIDERATION DOCKET

**95–2560. State ex rel. Lewis v. Collins.**
In Mandamus. Reported at 76 Ohio St.3d 1471, 669 N.E.2d 854. On motion for reconsideration. Motion denied.

**96–518. McAndrews v. McAndrews.**
Hamilton App. No. C–940684. Reported at 76 Ohio St.3d 1472, 669 N.E.2d 856. On motion for *reconsideration. Motion denied.*
STRATTON, J., not participating.

**96–820. State v. Lorraine.**
Trumbull App. No. 95–T–5196. Reported at 76 Ohio St.3d 1473, 669 N.E.2d 856. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.

**96–849. State v. Russell.**
Lake App. No. 95–L–135. Reported at 76 Ohio St.3d 1473, 669 N.E.2d 856. On motion for reconsideration. Motion denied.

**96–900. State v. McGriff.**
Logan App. No. 8–94–16. Reported at 76 Ohio St.3d 1473, 669 N.E.2d 856. On motion for reconsideration. Motion denied.
DOUGLAS and PFEIFER, JJ., dissent.

**96–1647. Walls v. P.W. Lewis Ctr., Clinton–Warren Bd. of Mental Health.**
In Mandamus. Reported at 76 Ohio St.3d 1471, 669 N.E.2d 855. On motion for reconsideration. Motion denied.